# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESUS M. GARCIA | |
| Petitioner, | No. 3:14-CV-2214 |
| v. | (JUDGE CAPUTO) |
| COMMONWEALTH OF PENNSYLVANIA, *ET AL.* | (MAGISTRATE JUDGE ARBUCKLE) |
| Respondents. | |

## **ORDER**

**NOW**, this 13th day of November, 2018, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 22) is **ADOPTED as modified by the accompanying memorandum**.

(2) The Petition under § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is **DISMISSED**.

(3) A Certificate of Appealability **SHALL NOT ISSUE**.

(4) The Clerk of Court is directed to mark this case as **CLOSED**.

          /s/ A. Richard Caputo
          A. Richard Caputo
          United States District Judge